John Liston, Respondent, *v.* Wilbur Hicks, Appellant.

(Argued October 18, 1935; decided November 19, 1935.)

536

*Laurence V. Benedict, George B. Smith* and *Earl S. Jones* for appellant.

*Nelson R. Pirnie* and *Francis L. Ganley* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.